No. 14-7081

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA JUDICIAL CIRCUIT

| | |
|---|---|
| DOLORES BAROT ) | |
|     Plaintiff-Appellant, ) | Appeal from the U.S. District Court for |
| ) | the District of Columbia |
|     vs. ) | Dist. Court Case No. 1:13-cv-00451-ABJ |
| ) | Honorable Amy Berman Jackson, |
| EMBASSY OF ZAMBIA ) |  Judge Presiding |
|     Defendant-Appellee. ) | |
| ) | |

## MOTION FOR MODIFICATION OF THE BRIEFING SCHEDULE

Pursuant to District of Columbia Circuit Rule 27(h), Plaintiff-Appellant Dolores Barot files this Motion for Modification of the Briefing Schedule.

This Motion is being filed less than five days before the due date, because efforts to resolve this matter during Court's Mediation Program proved unsuccessful yesterday, and yesterday evening Plaintiff-Appellant's counsel had a family member who required assistance of the undersigned, due to health issues, causing the 24 hour delay.  The undersigned sought the consent of the Defendant-Appellee, but counsel for the Appellee does not consent to this Motion or the deadline requested herein.  Further, she was unable to advise if an opposition will be filed.

The background and reasons for the request are outlined below:

1. On September 22, 2014, the parties to this matter engaged in the Court Mediation Program, concluding a few weeks of settlement considerations, mediation statements and a session with the court-appointed mediator.

2. Because the mediation was unsuccessful, Plaintiff-Appellant seeks additional time to file her opening brief and appendix.

3. The opening brief and appendix are due on September 29, 2014.

4. Plaintiff-Appellant's counsel requests that the briefing schedule in this matter be extended to October 31, 2014 due to the undersigned heavy litigation schedule.

5. The undersigned is currently working to complete an opposition to summary judgment in a case pending in the U.S. District Court for the District of Columbia, and is preparing for hearings that will be conducted on October 17th and 20th, respectively.

6. Therefore, pursuant to Rule 27(h)(2), Plaintiff-Appellant requests that the proposed modification to the briefing schedule be granted.

Dated: September 23, 2014

Respectfully submitted

/s/ Denise M. Clark
Clark Law Group, PLLC
Denise M. Clark, Esq. (420480)
1250 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20036
(202) 293-0015 (ph)
(202) 293-0115 (fax)
Attorney for Plaintiff-Appellant

## CERTIFICATE OF SERVICE

I, Denise M. Clark, certify that on September 23, 2014, I served the *Motion to Modify Briefing Schedule* via CM/ECF upon the following counsel of record for Defendant-Appellee.

Laina C.W. Lopez (477412)
Berliner, Corcoran & Rowe LLP
1101 Seventeenth St. NW
Suite 1100
Washington, D.C. 20036
Tel: (202) 293-5555
Fax: (202) 293-9035
lcl@bcr-dc.com

/s/Denise M. Clark
Denise M. Clark